UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
AA MEDICAL P.C.,

                 Plaintiff,

      -v-

KHALED ALMANSOORI,

                 Defendant.
-----------------------------------------------------------------------X

20-CV-6923 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

    Counsel for all parties shall appear before the undersigned on May 10, 2021 at 11:00 a.m. for a status conference to discuss Plaintiff's letter-motion. *See* Dkt. 30. At the scheduled time, counsel should call (866) 434-5269, access code 9176261.

    SO ORDERED.

Dated: May 6, 2021
       New York, New York

                                          JOHN P. CRONAN
                                     United States District Judge